Behrooz P. Vida
SBOT No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| VALERIE H AND MAIDHOF and | § | Case No. 22-41924-MXM-7 |
| LOUIS O. MAIDHOF | § | |
| Debtors | § | |

## TRUSTEE'S RESPONSE TO CLERK'S CORRESPONDANCE

COMES NOW, BEHROOZ P. VIDA, Chapter 7 Trustee ("Trustee") of the above-referenced bankruptcy estate, and files this Response to Clerk's Correspondence ("Response") and would respectfully show as follows:

Trustee has not made a determination regarding the assets in this case because Trustee is waiting to review Debtors' 2022 federal income tax return. Trustee will continue to file reports but is hopeful that a determination can be made within the next 120 days. No funds have been received as of the filing of this Response

    Respectfully submitted:

By: /s/ Behrooz P. Vida    January 26, 2023
Behrooz P. Vida
State Bar No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
EMAIL: behrooz@vidatrsutee.com